**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Florida

Case number (If known): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

1. **Debtor's name**

   1MDB Energy Holdings Limited

2. **Debtor's unique identifier**

   For non-individual debtors:

   ☐ Federal Employer Identification Number (EIN) __ __ – __ __ __ __ __ __ __

   ☑ Other 1830044_____. Describe identifier BVI Company Number____.

   For individual debtors:

   ☐ Social Security number: xxx – xx– __ __ __ __

   ☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – __ __ __ __

   ☐ Other _____. Describe identifier _____.

3. **Name of foreign representative(s)**

   Angela Barkhouse, Toni Shukla and Carl Jackson

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**

   British Virgin Islands

5. **Nature of the foreign proceeding**

   Check one:

   ☑ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

   ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

   ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.

   _____
   _____

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

   ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
   ☑ Yes

Debtor    **1MDB Energy Holdings Limited**    Case number *(if known)*_____
           Name

| 8. Others entitled to notice | Attach a list containing the names and addresses of: |
|---|---|
| | (i) all persons or bodies authorized to administer foreign proceedings of the debtor, |
| | (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and |
| | (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code. |

**9. Addresses**

Country where the debtor has the center of its main interests:

British Virgin Islands

Debtor's registered office:

Offshore Incorporations Centre
Number    Street

PO Box 957
P.O. Box

Road Town, Tortola
City        State/Province/Region    ZIP/Postal Code

British Virgin Islands
Country

Individual debtor's habitual residence:

_____
Number    Street

_____
P.O. Box

_____
City        State/Province/Region    ZIP/Postal Code

_____
Country

Address of foreign representative(s):

Coastal Building
Number    Street

PO Box 417, Wickhams Cay II
P.O. Box

Road Town, Tortola,    VG1110
City        State/Province/Region    ZIP/Postal Code

British Virgin Islands
Country

**10. Debtor's website** (URL)    _____

**11. Type of debtor**

Check one:

☐ Non-individual (*check one*):

  ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

  ☐ Partnership

  ☐ Other. Specify: _____

☐ Individual

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 2

| Debtor | 1MDB Energy Holdings Limited | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**12. Why is venue proper in *this* district?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district: _____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because: _____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _[signature]_    Angela Barkhouse
Signature of foreign representative    Printed name

Executed on  02/09/2024
             MM / DD / YYYY

✗ _____    _____
Signature of foreign representative    Printed name

Executed on _____
             MM / DD / YYYY

**14. Signature of attorney**

✗ /s/ Juan J. Mendoza    Date  02/09/2024
Signature of Attorney for foreign representative    MM / DD / YYYY

Juan J. Mendoza
Printed name
Juan J. Mendoza
Firm name
1111 Brickell Ave., Suite 1250
Number    Street
Miami    FL    33131
City    State    ZIP Code

(305) 372-8282    jmendoza@sequorlaw.com
Contact phone    Email address

113587    FL
Bar number    State