1UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Alsen Chance Holdings Limited                          Chapter 15

    Debtor in a Foreign Proceeding.                    Case No.: 24-11465
_____/

In re:

Blackrock Commodities (Global) Limited                 Chapter 15

    Debtor in a Foreign Proceeding.                    Case No.:  24-11466
_____/

In re:

Aabar International Investments PJS Limited            Chapter 15

    Debtor in a Foreign Proceeding.                    Case No.: 24-11467
_____/

In re:

Platinum Global Luxury Services Limited                Chapter 15

    Debtor in a Foreign Proceeding.                    Case No.: 24-11468
_____/

In re:

1MDB Energy Holdings Limited                           Chapter 15

    Debtor in a Foreign Proceeding.                    Case No.:  24-11469
_____/

**RULE 7007.1 CORPORATE OWNERSHIP STATEMENT**

Angela Barkhouse and Toni Shukla, the Liquidators of Alsen Chance Holdings Limited, Blackrock Commodities (Global) Limited, Aabar International Investments PJS Limited, and

Platinum Global Luxury Service Limited, and Angela Barkhouse, Toni Shukla and Carl Jackson, the Liquidators of 1MDB Energy Holdings Limited, hereby disclose the following regarding the Debtors pursuant to Federal Rule of Bankruptcy Procedure 7007.1:

1. No corporation owns ten percent (10%) or more of the equity interest in Debtor Alsen Chance Holdings Limited.

2. Jade Dragon Assets Corp. owns one hundred percent (100%) of the equity interest in Debtor Blackrock Commodities (Global) Limited.

3. The Liquidators are investigating the identity of the entity that holds equity interests in Debtor Aabar International Investments PJS Limited, and reserve the right to supplement this Corporate Disclosure Statement when such information is discovered.

4. Sure Whole Limited owns one hundred percent (100%) of the equity interest in Debtor Platinum Global Luxury Service Limited.

5. Tycoon Gain Limited owns one hundred percent (100%) of the equity interest in Debtor 1MDB Energy Holdings Limited.

Dated: February 15, 2024.

Respectfully submitted,
SEQUOR LAW, P.A.
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202
Email:  ggrossman@sequorlaw.com
          jmendoza@sequorlaw.com
          jmosquera@sequorlaw.com

By:  */s/ Juan J. Mendoza*
Gregory S. Grossman
Florida Bar No. 896667
Juan J. Mendoza
Florida Bar No.: 113587
Jennifer Mosquera
Florida Bar No.: 1018656

2